1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
7  Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **HERLEN DELGADO SOLIS,** )<br>                              )<br>         **Plaintiff,**       )<br>    vs.                      )<br>                              )<br>**ERIC HOLDER, et al.,**      )<br>                              )<br>         **Defendants.**      )<br>                              )<br>                              ) | **Case No: 2:10-cv-01742-RLH-LRL**<br><br>**O R D E R**<br>**(Motion to Permit--#8)** |

    **This matter comes before this Court pursuant to LR IA 10-3 and Defendant's Motion to Permit Appearance of Government Attorney, which seeks an order permitting Ms. Patricia Bruckner to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.**

    **Ms. Bruckner is an attorney with the United States Department of Justice, an agency of the federal government. Ms. Bruckner is a member of good standing of the highest court of the State of New York, State Bar No. 2632156.**

-4-

1  **IT IS THEREFORE ORDERED** that Ms. Bruckner is admitted to
2  appear before this Court for all matters relating to the above-
3  captioned case.

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** ____January 7, 2011____